675 A.2d 1211

**Patrick KENNEDY and Eileen Kennedy**

v.

**WEICHERT REALTORS, Appellant.**

Supreme Court of Pennsylvania.

Argued April 29, 1996.

Decided May 17, 1996.

Christine M. Brenner, Philadelphia, for W. Realtors.

Charles W. Craven, Philadelphia, for Appellant.

Paul R. Beckett, Jr., Bensalem, for P. & E. Kennedy.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.